ALEXANDER G. CALFO (SBN 152891)
alexander.calfo@btlaw.com
SARAH E. JOHNSTON (SBN 259504)
sarah.johnston@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

Attorneys for Defendants
JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, LLC (formerly known and incorrectly named as "Johnson & Johnson Pharmaceutical Research & Development, L.L.C."); JANSSEN PHARMACEUTICALS, INC. (formerly known and incorrectly named as "Ortho-McNeil-Janssen Pharmaceuticals, Inc."); McKESSON CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDY GARLAND;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; McKESSON CORPORATION;<br><br>　　　　Defendants. | **Case No. 3:14-cv-05440-VC**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>*[Filed concurrently with Declaration of Sarah E. Johnston]*<br><br>*[Assigned to Hon. Vince Chhabria]*<br><br>Complaint Filed:  December 12, 2014 |

　　　　IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT:

　　　　1.　　A Case Management Conference has been set for May 19, 2015, at 10:00 a.m. in Courtroom 4 of the above entitled Court, in the following cases (Dkt. 27):

　　　　　　a.　*Simon Lampard v. Johnson & Johnson, et al.,* Case No. 3:14-CV-04983-VC;

     b. *Sheila Ellis v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05669-VC;

     c. *Windy Garland v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05440-VC[1];

and

     a. *Donna Pritchard v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05593-VC;

2. Defendants' counsel is unable to attend the conference on May 19, 2015 because of a conflicting hearing in Los Angeles that day (*see* Declaration of Sarah E. Johnston at ¶ 3);

3. The Parties agree that the Case Management Conference currently set for May 19, 2015, at 10:00 a.m. shall be continued to June 9, 2015 at 10:00 a.m. in Courtroom 4 of the above-entitled Court;

IT IS SO STIPULATED.

Dated: May 1, 2015        **GOMEZ TRIAL ATTORNEYS**

By: /s/ John P. Fiske
  John P. Fiske
  Attorney for Plaintiff

Dated: May 1, 2015        **BARNES & THORNBURG LLP**

By: /s/ Sarah E. Johnston
  Alexander G. Calfo
  Sarah E. Johnston
  Attorneys for Defendants
  JOHNSON & JOHNSON; JANSSEN
  RESEARCH & DEVELOPMENT, LLC
  (sued herein as "Johnson & Johnson
  Pharmaceutical Research & Development,
  L.L.C."); JANSSEN
  PHARMACEUTICALS, INC. (sued herein
  as "Ortho-McNeil-Janssen
  Pharmaceuticals, Inc."); and McKESSON
  CORPORATION

---

[1] The instant Stipulation applies to the *Garland* action, but identical Stipulations will be filed in all four actions.

- 1 -              3:14-cv-05440-VC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

## ~~PROPOSED~~ ORDER

Having read and considered the Parties' Stipulation and [Proposed] Order to Continue Case Management Conference and accompanying Declaration of Sarah E. Johnston,

PURSUANT TO STIPULATION, the Court hereby sets the Case Management Conference to June 9, 2015 at 10:00 a.m. in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 4, 2015

_____
The Honorable Vince Chhabria
United States District Court Judge