John H. Gomez (SBN 171485)
John P. Fiske (SBN 249256)
Stephanie S. Poli (SBN 286239)
**Gomez Trial Attorneys**
655 W Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
john@gomeztrialattorneys.com
jfiske@gomeztrialattorneys.com
spoli@gomeztrialattorneys.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDY GARLAND;<br><br>            Plaintiff,<br><br>    vs.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; McKESSON CORPORATION; and DOES 1-100, inclusive,<br><br>            Defendants. | **Case No. 3:14-cv-05440-VC**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** AS MODIFIED<br><br>Complaint Filed: December 12, 2014 |

Undersigned Plaintiff's counsel: (1) having failed to receive documentation necessary to continue the prosecution of this action despite repeated and reasonable efforts to obtain such documentation from Plaintiff; (2) having lost contact with Plaintiff despite reasonable and substantial efforts; and (3) having informed Plaintiff by letter of the intent to cease representation as her legal counsel;

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Windy Garland, by and

1    through her undersigned counsel, and Defendants Johnson & Johnson, Janssen Research &

2    Development, LLC (formerly known and incorrectly named as "Johnson & Johnson

3    Pharmaceutical Research & Development, L.L.C."), Janssen Pharmaceuticals, Inc. (formerly

4    known and incorrectly named as "Ortho-McNeil-Janssen Pharmaceuticals, Inc."), and McKesson

5    Corporation, by and through their undersigned counsel, that the above-captioned action is

6    voluntarily dismissed without prejudice as to the Defendants without costs or fees to any party.

7    It is further stipulated and agreed between the undersigned that if Plaintiff refiles this action in

8    this Court (or a California state court if plaintiff's change of residence to California destroys

9    diversity jurisdiction in the future) prior to January 1, 2019, the action will be deemed filed as of

10   December 12, 2014 for statute of limitations purposes.

Dated:   May 21, 2015                           **GOMEZ TRIAL ATTORNEYS**


                                                By: /s/ Stephanie Poli
                                                    John Fiske
                                                    Stephanie Poli
                                                    Attorneys for Plaintiff WINDY
                                                    GARLAND

- 1 -                                                              3:14-cv-05440-VC

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(II)

| | | |
|---|---|---|
| 1 | Dated:  June 18, 2015 | **BARNES & THORNBURG LLP** |

By:/s/ Sarah E. Johnston
    Alexander G. Calfo
    Sarah E. Johnston
    Stacy L. Foster
    Attorneys for Defendants
    JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, LLC (sued herein as "Johnson & Johnson Pharmaceutical Research & Development, L.L.C."); and JANSSEN PHARMACEUTICALS, INC. (sued herein as "Ortho-McNeil-Janssen Pharmaceuticals, Inc."); and McKESSON CORPORATION

**Attestation Pursuant to Civil Local Rule 5.1(i)**

    Pursuant to Civil Local Rule 5.1(i), I, Stephanie Poli, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

    I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on May 21, 2015 at Los Angeles, California.

    /s/ Stephanie Poli
    Stephanie Poli

[~~PROPOSED~~] **ORDER** AS MODIFIED

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~May ___, 2015~~ June 19, 2015

*IT IS SO ORDERED AS MODIFIED*
*Judge Vince Chhabria*

_____
The Honorable Vince Chhabria
United States District Court Judge

Counsel for the plaintiff must transmit this order to the plaintiff through every available means, and must file a declaration with the Court, within 5 days of the date of this order, documenting the ways in which the order was transmitted to the plaintiff.

1

3:14-cv-05440-VC

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(II)